# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROBERT McCLINTON, <br><br> Petitioner, <br><br> v. <br><br> STATE OF CALIFORNIA, d/b/a Dennis R. Fuhrman, <br><br> Respondent. | Case No. CV 16-06686 RGK (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 13, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE